[4 NE3d 373, 981 NYS2d 361]

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MARK RUSSELL, Respondent.

Decided January 16, 2014

### APPEARANCES OF COUNSEL

*Robert T. Johnson, District Attorney*, Bronx (*Peter D. Coddington* of counsel), for appellant.

*Pollard & Koenig*, New York City (*James Layton Koenig* of counsel), for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), appeal dismissed upon the ground that the reversal by the Appellate Division was not "on the law alone or upon the law and such facts which, but for the determination of law, would not have led to reversal" (CPL 450.90 [2] [a]).

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM.